# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff, : Case No. 3:98-cr-081
    Also Case No. 3:12-cv-183

District Judge Walter Herbert Rice
-vs- Magistrate Judge Michael R. Merz

:

KEITH DEWITT, SR.,

    Defendant.

## RECOMMITAL ORDER

This case is before the Court on Respondent's Objections (Doc. No. 460) to the Magistrate Judge's Report and Recommendations (Doc. No. 459).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

July 3, 2012.

                                    Walter Herbert Rice
                                    United States District Judge

1