# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

       Plaintiff,      :          Case No. 3:98-cr-081
                                    Also Case No. 3:12-cv-183

                                    District Judge Walter Herbert Rice
  -vs-                           Magistrate Judge Michael R. Merz
                        :

KEITH DEWITT, SR.,

       Defendant.

---

# RECOMMITTAL ORDER

---

       This case is before the Court on Defendant's Objections (Doc. No. 476) to the Magistrate Judge's Report and Recommendations (Doc. No. 474).

       The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and Response and making recommendations based on that analysis.

       April 24, 2013.

                                 `s/ Walter H. Rice approved on`
                                 `4/26/2013 via telephone after`
                                 `order was read by Deputy Clerk`
                                 Walter Herbert Rice
                                 United States District Judge